**ORDER:**
This motion is denied. Plaintiff may conduct depositions by written questions pursuant to Federal Rules of Civil Procedure Rule 31, Federal Rules of Civil Procedure.
/s/ John Bryant, USMJ

RECEIVED
IN CLERK'S OFFICE
DEC 16 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

OFFICE OF THE CLERK
U.S. District Court
801 Broadway
Nashville, TN 37203

| | | |
|---|---|---|
| William D. Hamby, Jr. | ) | Case No. # 3:12-cv-01296 |
| (Plaintiff) | ) | |
| V. | ) | Judge: Sharp |
| Beth Gentry, et al. | ) | |
| (Defendants) | ) | 1983 42 U.S.C. civil suit |

## Motion for Deposition (Oral)

I, William D. Hamby, Jr., comes the Plaintiff, by and through pro se moves court respectfully to motion be granted for deposition of all Defendants and for oral deposition questions from Plaintiff to be given with a court appointed stenographer present, at a date as soon as possible, with court's convenience. Court can appoint a day, date, and a time for each Defendant to attend deposition at my place of housing, or either at Federal court's property. (Case law can't be cited on this, due to jail not allowing me access to law/legal materials at all.). *This motions copies were sent to Defendants, and their attorney's via U.S. Mail postal service. Certificate of Service (sent from) William Hamby, Jr.: to Metro Law Gov't. Atty. Saul Solomon, P.O. Box 196300, Nashville, TN 37201, And to D.C.S.O. Defendants Beth Gentry, et al., At (D.C.S.O.) 448 2nd Ave. North, Nash, TN. /Sign. William Hamby Jr. Date: 12-12-13