UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM DAVISON HAMBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-01296 |
| v. | ) | |
| | ) | Judge Sharp |
| BETH GENTRY, *et al.*, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Defendant Beth Gentry and Daron Hall's *Motion to Dismiss Complaint* (Docket Entry No. 13) be granted in part and denied in part. Defendant Gentry filed a timely objection to the R & R. (Docket Entry No. 23).

Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 20) is hereby ACCEPTED and APPROVED; and

(2) Defendant Beth Gentry and Daron Hall's *Motion to Dismiss Complaint* (Docket Entry No. 13) shall be granted in part and denied in part. The motion shall be GRANTED with respect to the claims against Defendant Hall, and DENIED with respect to the claims against Defendant Gentry.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

1

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE