UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM DAVISON HAMBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-01296 |
| v. ) | |
| ) | Judge Sharp |
| BETH GENTRY, *et al.*, ) | Magistrate Judge Bryant |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Plaintiff's *Motion to File Tort against Defendants* (Docket Entry No. 16) be denied. The R & R provides, in part,

> Here, regardless of whether the plaintiff has alleged sufficient facts to state a claim against these defendants, the plaintiff has not alleged or submitted any evidence warranting a preliminary injunction. The bald allegation that the defendants have previously attempted to hide assets is entirely insufficient to demonstrate a need for a preliminary injunction. The plaintiff has not alleged or submitted any evidence demonstrating he has a strong likelihood of success on the merits of his constitutional claims, that he would be harmed in the absence of an injunction or that an injunction would benefit the public interest.

(Docket Entry No. 18). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

1

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 18) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff's *Motion to File Tort against Defendants* (Docket Entry No. 16) is hereby DENIED.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

**It is SO ORDERED.**

*/s/ Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE