# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM DAVISON HAMBY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-01296 |
| v. | ) |
| | ) Judge Sharp |
| BETH GENTRY, *et al.*, | ) Magistrate Judge Bryant |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that the *(Dual) Motion for Summary Judgement [sic] in Favor of Plaintiff* (Docket Entry No. 49) be denied. No objection has been filed to the R & R.[1]

Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 78) is hereby ACCEPTED and APPROVED;

(2) The *(Dual) Motion for Summary Judgement [sic] in Favor of Plaintiff* (Docket Entry No. 49) shall be DENIED; and

(3) All pending motions (Docket Entry Nos. 31, 46, 57 and 68) are hereby DENIED as moot.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

---

[1] A certified copy of the R & R was delivered and signed for on August 28, 2014. *See* (Docket Entry Nos. 79 and 84).

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE